IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

LISA C. MULLIS

    Plaintiff,

vs

TARGET CORPORATION
t/a TARGET NATIONAL BANK
    Serve On:
    CT CORPORATION SYSTEM
    1200 S. PINE ISLAND ROAD
    PLANTATION FL 33324 US

and

ZAKHEIM & ASSOCIATES, P.A.

    Serve On:
    SCOTT C. ZAKHEIM
    1045 SOUTH UNIVERSITY DRIVE
    SUITE 202
    PLANTATION FL 33324 US

    Defendants.

CASE NO.

DIVISION: J

16-2010-SC-000074

-XXXX-MA

3:10-cv-204-J-25 JRK

FILED

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Lisa C. Mullis, by her undersigned attorney hereby sues Target Corporation, t/a Target National Bank, (Creditor) and Zakheim & Associates, P.A., (Debt Collector), and for her Complaint states as follows:

1. This is an action for damages not in excess of $5,000.00, exclusive of costs, interests and attorney's fees.

2. Plaintiff is a resident of Florida

3. Creditor, which trades using the name Target National Bank, and Debt Collector are entities qualified to do business in Florida.

1


EXHIBIT A

### COUNT I – Unlawful Collection Practices by Target Corporation

4. Ms. Mullis had an alleged debt to Creditor.

5. On November 18, 2009 Ms. Mullis, through counsel, advised Creditor that she was represented by counsel with respect to all accounts owned or serviced by Creditor and requested that Creditor cease all direct contact with her. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A [1]

6. The November 18, 2009 communication to Creditor placed Creditor on notice that (a) Ms Mullis was represented by counsel with regard to the alleged debts, and (b) Ms. Mullis did not wish to be contacted directly again by Creditor.

7. Creditor, by and through its agent, Debt Collector, willfully communicated with Ms. Mullis by means of a letter dated January 21, 2010 (attached hereto as Exhibit B), even though it knew she was represented by counsel.

8. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act, Fl. Stat. § 559.72 (18).

WHEREFORE, Plaintiff, Lisa C Mullis, demands judgment against Defendant, Target Corporation, for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit

### COUNT II – Unlawful Collection Practices by Zakheim & Associates, P.A.

9. Ms. Murray incorporates the allegations of paragraphs 1 through 8, above.

10. Upon information and belief, Debt Collector, as a matter of policy, practice and procedure, does not inquire of Creditor whether a consumer is represented by an attorney before

---

[1] The fax sent to Creditor included a notice of representation which stated "PLEASE TAKE NOTICE that Wendell Finner is my attorney at law who represents me with respect to all my debts and all claims my creditors have against me. I authorize and instruct him to discuss any of my accounts with my creditors and their affiliates, agents, employees, designees or assigns I authorize and instruct my creditors to disclose such information to Mr Finner as he may request, and to direct all communications to him as my attorney " The notice was signed by Ms. Mullis and contained her social security number to assist recipients in identifying affected accounts Due to the inclusion of Ms Mullis's social security number, the Notice of Representation is not filed herewith

communicating with that consumer in attempt to collect a debt. Rather, Debt Collector and Creditor, by express or implied agreement, attempt to keep Debt Collector from learning when a consumer is represented in order to maximize illegal collections.

11. Debt Collector willfully communicated with Ms. Mullis by sending her the January 21, 2010 letter.

12. The communication from Debt Collector to Ms. Mullis constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla Stat § 559.72, and the Fair Debt Collection Practices Act, 15 U S C. Section 1692c.

WHEREFORE, Plaintiff, Lisa C. Mullis, demands judgment against Defendant, Zakheim & Associates, P.A., for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

## COUNT III – Injunctive Relief

13. Ms. Mullis incorporates by reference paragraphs 1 through 12 of this Complaint.

14 Ms. Mullis will be irreparably damaged should Creditor and Debt Collector continue their illegal and harassing communications to her

WHEREFORE, Plaintiff, Lisa C Mullis, demands judgment against Defendants, Target Corporation t/a Target National Bank and Zakheim & Associates, P.A., permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Ms Mullis or any other person in connection with the alleged debt, and awarding Ms. Mullis punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

WENDELL FINNER, Florida Bar No. 0093882
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767
(904) 242-7070
*Attorney for Plaintiff*

```
TRANSMISSION VERIFICATION REPORT

                                        TIME   : 11/18/2009 16:07
                                        NAME   :
                                        FAX    : 9042427054
                                        TEL    :
                                        SER.#  : D8N191287


DATE,TIME                   11/18  16:06
FAX NO./NAME                16123076786
DURATION                    00:00:50
PAGE(S)                     02
RESULT                      OK
MODE                        STANDARD
                            ECM
```

# WENDELL FINNER, P.A.
## LAW OFFICES

Admitted in Florida, Maryland, Virginia,
and the District of Columbia

### FACSIMILE COVER SHEET:

November 18, 2009


| | |
|---|---|
| *Please Deliver The Following Pages To:* | Target |
| FAXED TO TELEPHONE NUMBER: | 1-(612) 307-6786 |
| FROM: | Wendell Finner |

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 2

RE:   *Your accounts Lisa Mullis ending in XXXX-8299*

DOCUMENT:  Notice of Representation

COMMENTS: Pursuant to Florida Statutes, §559.72, Lisa Mullis requests that you do not contact her again with respect to the referenced account or any other account that your company owns or services. I am happy to provide updates of the borrowers' status over the telephone.


- W.F.


Exhibit A

**ZAKHEIM & ASSOCIATES**
A PROFESSIONAL ASSOCIATION
1046 SOUTH UNIVERSITY DRIVE
SUITE 202
PLANTATION, FL 33324

SCOTT C. ZAKHEIM*
*ALSO MEMBER OF N.Y. BAR
FLYNN LA VRAR
RICHARD BATTAGLINO
SASHA HARO

TELEPHONE: (954) 735-4455
FAX: (954) 735-0227
WWW.ZAKHEIMLAW.COM



January 21, 2010

RE: TARGET NATIONAL BANK / Lisa C Mullis
Account Number: 4352376700308299
Our File Number: 3000392384

NOTICE PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT 15 USC 1692: 91 STAT 874; PUB. L. 95-109 (September 20, 1977) amended by 100 STAT. 768, PUB. L. 99-361

Our law firm is attempting to collect a debt that is owed to TARGET NATIONAL BANK and any information obtained will be used for that purpose. This communication is from a debt collector. At this time no attorney with this firm has personally reviewed the particular circumstances of the account. Should you desire to speak to someone to discuss the possibility of entering into a payment arrangement contact us at 800-531-5490 or visit our website at www.zakheimlaw.com.

In accordance with the above Act, you are further notified of the following information:

1. The amount of the debt: $2,549.76 as of the date of this letter. This amount may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the creditor or pursuant to applicable statute.
2. Name of the creditor to whom the debt is owed: TARGET NATIONAL BANK
3. Unless you dispute the validity of the debt or any portion thereof within thirty (30) days after receipt of this Notice, we will assume that the debt is valid.
4. If you notify us in writing within thirty (30) days after receipt of this Notice that the debt or any portion thereof is disputed, we will obtain verification of the debt or a copy of any judgment against you and it will be mailed to you.
5. We will provide you with the name and address of the original creditor, if different from the current creditor, upon your written request within thirty (30) days after receipt of this Notice.

Sincerely,

Zakheim & Associates, P.A.

---

Zakheim & Associates
1045 S University Dr, Ste 202
Plantation, FL 33324-3333
RETURN SERVICE REQUESTED

006384

Account Number: 4352376700308299
Our File Number: 3000392384
Current Balance: $2,549.76

22246*AUTO**ALL FOR AADC 320
Lisa C Mullis
Atlantic Beach FL 32233-2329

33

Zakheim & Associates
1045 S University Dr Ste 202
Plantation FL 33324-3333

Exhibit B